United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

FOX CORPORATION, FOX MEDIA
LLC, and FOX SPORTS EN
ESPAÑOL LLC,
   Plaintiffs,

V.

MANUEL ARROYO,
   Defendant.

§
§
§
§
§
§
§
§
§
§
§

**CASE NO. 4:25-MC-02271**

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL MATERIALS ACCOMPANYING SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

Upon review and consideration of Plaintiffs' Unopposed Motion for Leave to File Under Seal Materials Accompanying Plaintiffs' Supplemental Briefing in support of their Motion to Compel ("Motion to Seal") (ECF No. 29), it is ORDERED that the Motion to Seal is GRANTED.

It is further ORDERED that, within seven (7) days of the date of this Order, Mexico Sports Distribution, LLC or Manuel Arroyo is granted leave to file a Motion justifying why the presumptive right of public access to judicial records should be overcome and the Sealed Material should be filed under seal.

SIGNED at Houston, Texas, on May 28, 2026.

_____
UNITED STATES DISTRICT JUDGE