United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC, §
 Plaintiffs, §
§
V. §
§
MANUEL ARROYO, §
 Defendant. §

CASE NO. 4:25-MC-02271

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL MATERIALS ACCOMPANYING PLAINTIFFS' REPLY IN SUPPORT OF THEIR SUPPLEMENTAL BRIEF

Upon review and consideration of Plaintiffs' Unopposed Motion for Leave to File Under Seal Materials Accompanying Plaintiffs' Reply in Support of Their Supplemental Brief ("Motion to Seal"), it is ORDERED that the Motion to Seal (ECF No. 36) is GRANTED.

It is further ORDERED that, within seven (7) days of the date of this Order, Mexico Sports Distribution, LLC or Manuel Arroyo is granted leave to file a Motion justifying why the presumptive right of public access to judicial records should be overcome and the Sealed Material should be filed under seal.

SIGNED at Houston, Texas, on June 11, 2026.

_____
UNITED STATES DISTRICT JUDGE