C
Cornerstone

TRADUCCIONES
INTERPRETACIONES
PERITAJES
APOSTILLADOS

## AUTHORIZED TRANSLATORS OF THE ADMINISTRATION OF JUSTICE

### LIST OF EXPERT ASSISTANTS OF THE ADMINISTRATION OF JUSTICE FOR THE MEXICO CITY SUPREME COURT OF JUSTICE

In compliance with **Agreement 40-04/2024**, authorized by the Supreme Court of Justice of Mexico City, Judicial Council in Mexico City, in ordinary plenary session held on February 13th, 2024, to incorporate the "List of Expert Assistants of the Administration of Justice of the Judicial Council in Mexico City", which must be considered as official, thus leaving without effects the list published on March 8th, 2021; and which governs the organization and operation of the Council, certified in the document published at: https://www.iejcdmx.gob.mx/wp-content/uploads/LISTA_OF_VIG_AUXILIARES_ABRIL_2026.pdf and, until a new list is published, this list shall be regarded as official, thus leaving the previous list without effects.

### EXPERT TRANSLATOR: MARÍA YOLANDA RODRÍGUEZ ÁVILA
### SPECIALTY: ENGLISH TRANSLATION

Prof. License: http://cedula.buholegal.com/6713977/

Please verify that your translation contains the following elements:

1. Translator's Signature
2. Translator's Stamp
3. Affidavit / Sworn Statement

SWORN TRANSLATION • Cornerstone • TRADUCCIÓN CERTIFICADA

www.cornerstone.mx
Insurgentes Sur 1079 piso 7
Nochebuena, CDMX, CP 03720
Tel. (55) 4040 7254

January 17, 2025

**Israel Gómez Castruita**
**Mexico Sports Distribution, LLC**
Periférico Sur 4355
Col. Jardines en la Montaña
Alcaldía Tlalpan
14210, Mexico City

*[A seal appears with the Mexican Emblem, reading: "REYES IZQUIERDO SAURE, ESQ. NOTARY NUMBER 143 MATIAS ROMERO, OAX"]*

**Manuel Arroyo Rodriguez**
600 Guillermo González Camarena
Col. Lomas de Santa Fe
Alcaldía Álvaro Obregón
01219, Mexico City

**Subject:** **<u>Appointment revoked.</u>**

Alejandro Mayorga Rea, on behalf of and representing Altener, S.A. de C.V. ("Altener"), in my capacity as the sole "member" of Mexico Sports Distribution LLC ("MSD" or the "Entity"), a status I hereby certify with a copy of Deed No. 40,302, dated January 11, 2023, executed before Antonio López Aguirre, Notary Public No. 250 of Mexico City, hereby notify you of the following:

I refer to the *Amended & Restated Limited Liability Company Agreement of Mexico Sports Distribution LLC*, dated November 10, 2021 (the "MSD Articles of Association").

In accordance with the provisions of the MSD Articles of Association, the sole "member" of MSD is Altener, which holds 100% of the Entity's capital. Furthermore, pursuant to the provisions of Article 15 of the MSD Articles of Association, the "member" is authorized to revoke the appointments of the officers and/or directors (referred to in said Articles of Association as "officers") of MSD at any time.

In connection with the foregoing, hereby, and in exercise of the authority referred to in the preceding paragraph, Altener notifies you that, effective as of the date of execution of this letter, the appointment of Manuel Arroyo Rodríguez ("MAR") as an "officer" of MSD has been revoked, therefore, as of this date, MAR shall not hold any position in the administration and/or management of MSD (neither as an "officer" nor as "President," nor any other), nor shall he retain any authority to legally bind MSD.

Accordingly, Altener acknowledges MAR's service as *an* "officer" of MSD and grants him the fullest release permitted by law, releasing him from any liability he has or may have toward MSD arising from the performance of his duties as an "officer" and/or President of MSD.

Furthermore, I hereby notify you that MSD is obligated to indemnify and hold harmless MAR from any lawsuit, complaint, and/or claim arising from the performance of his duties as an "officer" and/or President of MSD.

I remain at your disposal for any clarification or comment on this matter.

*[A seal appears that reads "COLLATED RIS"]*
*[A handwritten signature appears]*

Sincerely

*[A handwritten signature appears]*

Alejandro Mayorga Rea
**Legal Representative**
**Altener, S.A. de C.V.**

*Notification of receipt*
*[A handwritten signature appears]*
*Manuel de Jesús Arroyo Rodríguez*
*Jan 17, 2025*

*Notification of receipt*
*[A handwritten signature appears]*
*Roman Israel Gómez Castraita*
*Jan 17, 2025*

CERTIFIED TRANSLATION
Cornerstone
TRADUCCIÓN CERTIFICADA

I, Maria Yolanda Rodriguez Ávila, certify that I am competent to translate from Spanish to English and that the above is a true and correct translation to the best of my knowledge and belief. I am a certified English-Spanish-English translator, according to the ordinary plenary session of February 23rd, 2024, and as per agreement number 42-04/2024, authorized by the Consejo de la Judicatura de la CDMX [Mexico City's Board of Judicature]/Tribunal Superior de Justicia del CDMX [Superior Court of Justice of Mexico City]," available at the following link: (https://www.iejcdmx.gob.mx/wp-content/uploads/LISTA_OF_VIG_AUXILIARES_ABRIL_2026.pdf), where I appear with consecutive #140 with office at Ámsterdam 240, piso 4, Hipódromo, Cuauhtémoc, CP 06100 in Mexico City, Mexico, phone numbers 555917-4045, and email myra.rodriguezav@gmail.com. I hereby certify that this is the true and accurate translation into English of a document originally written in Spanish.
**Document: Appointment Revoked Letter and Notarial Certificate | Pages: 2 pages | In Mexico City, on the 4th day of May, 2026.**

MARÍA YOLANDA RODRÍGUEZ AVILA
PERITO TRADUCTOR
INGLES / ESPAÑOL / INGLES
CONSEJO DE LA JUDICATURA DE LA CDMX

= = = = I, **REYES IZQUIERDO REYES**, ASSISTANT NOTARY PUBLIC, EMPLOYEE OF NOTARY PUBLIC OFFICE NUMBER **FORTY-THREE**, IN THE STATE, UNDER THE SUPERVISION OF THE HEAD NOTARY PUBLIC **REYES IZQUIERDO SAURE**, RESIDING AND PRACTICING IN THIS MUNICIPALITY, TO WHOMSOEVER THIS MAY PERTAIN, **I HEREBY CERTIFY AND DECLARE:** - - -

= = = = THAT THIS PHOTOCOPY IS A TRUE AND EXACT REPRODUCTION IN EACH AND EVERY PART OF THE ORIGINAL DOCUMENT TO WHICH I BEAR WITNESS, WHICH I **HEREBY** RETURN TO THE CONCERNED PARTY, AND WHICH CONSISTS OF **ONE PAGE**, ON THE **FRONT SIDE** ONLY, IS ISSUED AT THE REQUEST OF THE LEGAL ENTITY KNOWN AS **"ALTENER," SOCIEDAD ANONIMA DE CAPITAL VARIABLE (A PUBLIC LIMITED COMPANY WITH VARIABLE CAPITAL)**. THIS CERTIFICATE HAS NO OTHER EFFECT THAN TO CERTIFY THE IDENTITY OF THE DOCUMENT COMPARED WITH THE ORIGINAL DOCUMENT PRESENTED, WHICH IS HEREBY RECORDED FOR ALL LEGAL PURPOSES. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

= = = = IN THE CITY OF **MATÍAS ROMERO**, STATE OF **OAXACA**, ON THE **TWENTY-SECOND** DAY OF **JANUARY** OF THE YEAR **TWO THOUSAND TWENTY-FIVE**. I HEREBY CERTIFY. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[A seal bearing the Mexican coat of arms appears, with the inscription: "LIC. REYES IZQUIERDO SAURE NOTARY NUMBER 143 MATIAS ROMERO, OAX"]*

*[A handwritten signature appears]*

**ESQ. & AUX. NOTARY REYES IZQUIERDO REYES.**

**IUUR-7512078Z1.**

CERTIFIED TRANSLATION
Cornerstone
TRADUCCIÓN CERTIFICADA

I, Maria Yolanda Rodríguez Ávila, certify that I am competent to translate from Spanish to English and that the above is a true and correct translation to the best of my knowledge and belief. I am a certified English-Spanish-English translator, according to the ordinary plenary session of February 23rd, 2024, and as per agreement number 42-04/2024, authorized by the Consejo de la Judicatura de la CDMX [Mexico City's Board of Judicature]/Tribunal Superior de Justicia del CDMX [Superior Court of Justice of Mexico City]," available at the following link: (https://www.iejcdmx.gob.mx/wp-content/uploads/LISTA_OF_VIG_AUXILIARES_ABRIL_2026.pdf), where I appear with consecutive #140 with office at Ámsterdam 240, piso 4, Hipódromo, Cuauhtémoc, CP 06100 in Mexico City, Mexico, phone numbers 555917-4045, and email myra.rodriguezav@gmail.com. I hereby certify that this is the true and accurate translation into English of a document originally written in Spanish.
**Document: Appointment Revoked Letter and Notarial Certificate | Pages: 2 pages | In Mexico City, on the 4th day of May, 2026.**

MARÍA YOLANDA RODRÍGUEZ AVILA
PERITO TRADUCTOR
INGLES / ESPAÑOL / INGLES
CONSEJO DE LA JUDICATURA DE LA CDMX

LIC. REYES IZQUIERDO SAURE
NOTARIO AUX. PÚBLICO NO.43
MATIAS ROMERO, OAXACA

# COPIA CERTIFICADA

Lic. Reyes Izquierdo Saure
Notario Titular

Notaría Pública 43
Matías Romero, Oaxaca México

LIC. REYES IZQUIERDO SAURE NOTARIA PUBLICA NUMERO CUARENTA Y TRES ESTADOS UNIDOS MEXICANOS MATIAS ROMERO, OAX.

LIC. REYES IZQUIERDO SAURE Notaría Pública No. 43
20 ENE. 2025
MATIAS ROMERO

= = = = = = = = VOLUMEN NUMERO 209 DOSCIENTOS NUEVE = = = = = = =

= = = = = = = = = = = = = = INSTRUMENTO NUMERO 15,253 = = = = = = = = = = = =

= = = = = = = = = QUINCE MIL DOSCIENTOS CINCUENTA Y TRES = = = = = = = =

= = = = En la ciudad de Matías Romero, Estado de Oaxaca, siendo las dieciséis horas cuatro de la tarde del día **veinte de Enero del año dos mil veinticinco, ANTE MI,** Licenciado **REYES IZQUIERDO REYES,** Notario Público Auxiliar dependiente de la Notaría Pública número **CUARENTA Y TRES** en el Estado, a cargo del titular Licenciado **REYES IZQUIERDO SAURE,** con residencia y en ejercicio de funciones en esta municipalidad, comparecen los señores **SHANÍ MIZRAHI VILLARRUEL Y ALEJANDRO MAYORGA REA** en su carácter de Delegados Especiales de **"MEDIA DEPORTES MEXICO", S. DE R.L. DE C.V., (LA "SOCIEDAD"),** de cuya personalidad se hará relación más adelante, exhibiéndome el acta de Asamblea General de Socios de la Sociedad citada de fecha **veinte de enero del año dos mil veinticinco,** en la cual se tomaron los acuerdos que establecen el orden del día, por lo que en razón de la solicitud planteada es de acordarse protocolícese como así en efecto se hace, el documento exhibido, mismo que se agrega al apéndice del protocolo a mi cargo con el mismo número de este instrumento y con la letra "A"; por lo que procediendo como se solicita, en su oportunidad expídase el testimonio respectivo para los efectos legales que procedan. - - - - - - - - - - - - - - - - - - - - - - -

= = = = = = = = = = = = = **DOCUMENTO PROTOCOLIZADO:** = = = = = = = = = = = =

= = = = **ASAMBLEA GENERAL DE SOCIOS MEDIA DEPORTES MÉXICO, S. DE R.L. DE C.V., 20 DE ENERO DE 2025.** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - En la Ciudad de México, en el domicilio social de **"MEDIA DEPORTES MÉXICO", S. DE R.L. DE C.V.** (la "Sociedad"), siendo las once horas con treinta minutos del día veinte de enero de dos mil veinticinco, se reunió la totalidad de los socios de la Sociedad, con el objeto de celebrar una Asamblea General de Socios (la "Asamblea"). - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - **Presidencia y Secretaría:** En cumplimiento a lo dispuesto por los estatutos sociales vigentes de la Sociedad (los "Estatutos Sociales"), los socios, por unanimidad de votos, nombraron como presidente de la Asamblea a **SHANÍ MIZRAHI VILLARRUEL** y como secretario a **ALEJANDRO MAYORGA REA.** - - - - - - - - - - - -

- - - - **Escrutador:** A continuación, en términos de lo dispuesto por los Estatutos Sociales, la Presidenta designó como Escrutador a Juan Colín Domínguez, quien, estando presente y después de aceptar su cargo y en ejercicio de su función, examinó el Libro de Registro de Socios de la Sociedad y elaboró la lista de asistencia, en la cual hizo constar y certificó que se encontraban presentes o representadas las partes sociales equivalentes al 100% (cien por ciento) en que está distribuido el capital social suscrito y pagado de la Sociedad, según se hace constar en la lista de asistencia que

COTEJADO

se agrega al legajo de la presente acta como **Anexo "A"**. ----------------------

---- Para tal efecto y en cumplimiento a lo dispuesto por el artículo 41 del Código de Comercio, se lista a continuación:

| SOCIOS | NACIONALIDAD Y DOMICILIO | PARTES SOCIALES | CAPITAL FIJO | CAPITAL VARIABLE |
|---|---|---|---|---|
| **Altener, S.A. de C.V.** RFC: ALT1606094T9 Representada por: Shaní Mizrahi Villarruel | Mexicana Calle Santa Bárbara 15, Del Valle, demarcación territorial Benito Juárez, código postal 03100, Ciudad de México | 1 | $990.00 | $141,843,058.83 |
| **Grupo Lauman Holding, S. de R.L. de C.V.** RFC: GLH141118J93 Representada por: Alejandro Mayorga Rea | Mexicana Guillermo González Camarena 600, Lomas de Santa Fe, demarcación territorial Álvaro Obregón, código postal 01219, Ciudad de México | 1 | $10.00 | $1,432,758.17 |
| TOTAL: | | 2 | $1,000.00 | $143,276,817.00 |

---- **LEGALIDAD:** ----------------------------------------------------------------

---- En virtud de la certificación anterior, con fundamento en lo dispuesto por el Artículo Décimo Sexto de los Estatutos Sociales y toda vez que estaba representado el 100% (cien por ciento) del capital social suscrito y pagado de la Sociedad, la Presidenta declaró legalmente instalada la Asamblea y válidos todos y cada uno de los acuerdos que en ella se adopten, pese a no haberse realizado convocatoria

COTEJADO

Lic. Reyes Izquierdo Saure
Notario Titular

Notaría Pública 43
Matías Romero, Oaxaca México

Lic. Reyes Izquierdo Saure
Notario Auxiliar

LIC. REYES IZQUIERDO SAURE NOTARIA PUBLICA NUMERO CUARENTA Y TRES ESTADOS UNIDOS MEXICANOS MATIAS ROMERO, OAX.

LIC. REYES IZQUIERDO SAURE Notaría Pública No. 43 20 ENE. 2025 MATIAS ROMERO



previa, con lo cual estuvieron de acuerdo los socios, por tratarse de una Asamblea totalitaria. -----------------------------------------------------------

---- Acto seguido, la Presidenta instruyó al Secretario para que diera lectura al Orden del Día que habría de desahogarse en la Asamblea de la siguiente manera:-

===============ORDEN DEL DÍA:==============

---- 1.- Proposición, discusión y, en su caso, aprobación de la revocación, designación y ratificación de los miembros del Consejo de Gerentes de la Sociedad. Resoluciones al respecto. -----------------------------------------

---- 2.- Designación de Delegados Especiales. Resoluciones al respecto.-------

---- A continuación, los Socios procedieron a tratar cada uno de los puntos contenidos en el Orden del Día, como sigue: ----------------------------

---- **I.- Proposición, discusión y, en su caso, aprobación de la revocación, designación y ratificación de los miembros del Consejo de Gerentes de la Sociedad. Resoluciones al respecto.** ------------------------------------

---- En relación con el primer punto del Orden del Día, la Presidenta de la Asamblea sometió el asunto a consideración de los Socios presentes o representados, quienes, después de discutirlo, adoptaron por unanimidad las siguientes resoluciones: -------------------------------------------------

---- SE RESUELVE: ---------------------------------------------------

==== **PRIMERA.** Remover de su cargo como Presidente del Consejo de Gerentes al señor Manuel de Jesús Arroyo Rodríguez, con efectos a partir de esta fecha, agradeciéndole las gestiones realizadas y liberándolo de toda responsabilidad por el desempeño de su encargo, incluyendo las responsabilidades previstas en la fracción III del artículo 26 del Código Fiscal de la Federación y, en consecuencia, quedan revocadas las facultades que le fueron conferidas. -----------------

==== **SEGUNDA.-** Nombrar al señor Román Israel Gómez Castruita como Presidente del Consejo de Gerentes, con efectos a partir de esta fecha. No será necesaria caución alguna para garantizar el desempeño de su encargo, de acuerdo a lo establecido en el artículo 152 de la Ley General de Sociedades Mercantiles.- -

==== **TERCERA.-** Nombrar al señor Román Zeferino Gómez Méndez como Secretario sin ser miembro del Consejo de Gerentes y a la señora Tania Soto Ceja como Pro-Secretario, sin ser miembro del Consejo de Gerentes, con efectos a partir de esta fecha. No será necesaria caución alguna para garantizar el desempeño de sus encargos, de acuerdo a lo establecido en el artículo 152 de la Ley General de Sociedades Mercantiles. --------------------------------------------

==== **CUARTA.-** Aprobar que el ejercicio de los cargos de Presidente y Miembro del Consejo de Gerentes, así como de los cargos de Secretario y Pro-Secretario, sin ser

COTEJADO

COTEJADO

Cotejador J.S.

miembros del Consejo de Gerentes de la Sociedad se realicen de forma gratuita, de tal forma que la Sociedad no pagará emolumento alguno por su desempeño, de conformidad con el artículo Vigésimo Tercero de los Estatutos Sociales de la Sociedad. ----------------------------------------

---- En vista de las resoluciones que anteceden, el Consejo de Gerentes quedará integrado como sigue: ----------------------------------------

============= **CONSEJO DE GERENTES:** =============

| **Propietario** | **Cargo** |
| --- | --- |
| Román Israel Gómez Castruita | Presidente |
| Carlos Enrique Martínez Sánchez | Miembro |
| Román Zeferino Gómez Méndez | Secretario sin ser Miembro del Consejo |
| Tania Soto Ceja | Pro-Secretario sin ser Miembro del Consejo |

---- **II.- Designación de Delegados Especiales. Resoluciones al respecto.** ---

---- Dentro del segundo y último punto del Orden del Día, se acordó designar, por unanimidad de votos de los socios presentes, a Shaní Mizrahi Villarruel y Alejandro Mayorga Rea como Delegados Especiales, para que conjunta o separadamente:- -

---- *(a)* comparezcan ante el fedatario público de su elección a consignar los acuerdos tomados en la presente Asamblea y a la protocolización en todo o en parte del acta correspondiente a la misma; ----------------------------------------

---- *(b)* inscriban en el Registro Público de Comercio correspondiente el testimonio notarial respectivo; ----------------------------------------

---- y *(c)* lleven a cabo todos aquellos actos necesarios o convenientes, a fin de dar pleno vigor y efecto a las resoluciones adoptadas por esta Asamblea. -------

---- Antes de dar por terminada la Asamblea, ésta fue suspendida por el tiempo necesario para redactar la presente acta, la cual, una vez leída, fue aprobada por todos los que en ella intervinieron y firmada para constancia por la Presidenta y el Secretario. ----------------------------------------

---- Presidenta: SHANÍ MIZRAHI VILLARRUEL. Una firma ilegible. Rúbrica.-
Secretario: ALEJANDRO MAYORGA REA. Una firma ilegible. Rúbrica.---------

**LISTA DE ASISTENCIA DE LOS SOCIOS DE MEDIA DEPORTES MÉXICO, S. DE R.L. DE C.V., QUE ASISTIERON A LA ASAMBLEA GENERAL DE SOCIOS CELEBRADA A LAS 11:30 HORAS DEL DÍA 20 DE ENERO DE 2025.**--------

COTEJADO

Lic. Reyes Izquierdo Saure
Titular

Notaría Pública 43
Matías Romero, Oaxaca México

LIC. REYES IZQUIERDO SAURE NOTARIA PUBLICA NUMERO CUARENTA Y TRES MATIAS ROMERO, OAX.

LIC. REYES IZQUIERDO SAURE Notaría Pública No. 43 20 ENE. 2025 MATIAS ROMERO ESTADO DE OAXACA

-3-

| SOCIOS | PARTES SOCIALES | CAPITAL FIJO | CAPITAL VARIABLE |
|---|---|---|---|
| Altener, S.A. de C.V.<br>RFC: ALT1606094T9<br>Representada por: Shani Mizrahi Villarruel | 1 | $990.00 | $141,843,058.83 |
| Grupo Lauman Holding, S. de R.L. de C.V.<br>RFC: GLH141118J93<br>Representada por: Alejandro Mayorga Rea | 1 | $10.00 | $1,432,758.17 |
| TOTAL: | 2 | $1,000.00 | $143,275,817.00 |

El suscrito designado Escrutador para esta Asamblea, CERTIFICA:- - - - - - - - - - - - - - - Que todas las partes sociales que integran el capital social de **MEDIA DEPORTES MÉXICO, S. DE R.L. DE C.V.** se encontraban representadas y fueron votadas en la forma arriba indicada. Ciudad de México, a 20 de enero de 2025. **JUAN COLIN DOMINGUEZ.** Escrutador. Una firma ilegible. Rúbrica.- - - - - - - - - -

= = = = = = = = = = = = = = **P E R S O N A L I D A D :** = = = = = = = = = = = = = =

= = = = Acreditan su personalidad los comparecientes mediante la **CONSTITUCION** de dicha sociedad, otorgado ante la fe del Licenciado **GUILLERMO OLIVER BUCIO,** titular de la notaría número **DOSCIENTOS CUARENTA Y SEIS,** en el protocolo de la notaría número **DOSCIENTOS DOCE,** de la que es titular el Licenciado **FRANCISCO I. HUGUES VELEZ,** en el que también actúa la Licenciada **ROSA MARIA LOPEZ LUGO** titular de la notaría número **DOSCIENTOS VEINTITRES,** de la Ciudad de México, de fecha **cuatro de octubre del año dos mil diecinueve,** lo que consta en el número **OCHENTA Y DOS MIL CIENTO**

COTEJADO

Cotejado No. 96

**OCHENTA Y DOS,** libro **MIL CUATROCIENTOS TREINTA Y SEIS REG/COM/FN/AV, FOLIO DOSCIENTOS OCHENTA Y SIETE MIL CIENTO VEINTINUEVE JSO/APC/rld,** inscrito en el Registro Público de Comercio de la Ciudad de México, con número **NCI 201900252466** (dos, cero, uno, nueve, cero, cero, dos, cinco, dos, cuatro, seis, seis), con fecha **dieciséis de octubre del año dos mil diecinueve.** ------------------------------------------------

= = = = = = = = = = = = = = **IDENTIFICACION Y GENERALES:** = = = = = = = = =

= = = = = = = = = = = = = = = = **I D E N T I F I C A C I O N :** = = = = = = = = = = = =

= = = = Se identifican los comparecientes con los siguientes documentos, la señorita **SHANÍ MIZRAHI VILLARRUEL,** con pasaporte número **G32554181** (G, TRES, DOS, CINCO, CINCO, CUATRO, UNO, OCHO, UNO), expedida por los Estados Unidos Mexicanos, con fecha **trece de Diciembre del año dos mil dieciocho,** en la cual consta la foto y firma de la interesada; y el señor **ALEJANDRO MAYORGA REA,** con pasaporte número **G41902682** (G, CUATRO, UNO, NUEVE, CERO, DOS, SEIS, OCHO, DOS), expedida por los Estados Unidos Mexicanos, con fecha **once de Julio del año dos mil veintiuno,** en la cual consta la foto y firma del interesado. ------------------------------------------------

= = = = = = = = = = = = = = = = **G E N E R A L E S :** = = = = = = = = = = = = = = = =

= = = = Por sus generales los comparecientes se manifestaron ser mexicanos por nacimiento e hijos de padres mexicanos, la señorita **SHANÍ MIZRAHI VILLARRUEL,** dijo ser originaria del Distrito Federal, donde nació el diecinueve de octubre de mil novecientos ochenta y nueve, soltera, comerciante y con domicilio en el lugar de su nacimiento; y el señor **ALEJANDRO MAYORGA REA,** dijo ser originario del Distrito Federal, donde nació el dieciocho de Julio de mil novecientos ochenta y cuatro, soltero, comerciante y con domicilio en el lugar de su nacimiento. Cuestionados en relación con la obligación del pago del Impuesto Sobre la Renta se dijeron ser causantes y encontrarse al corriente en sus pagos, esto sin justificarlo ante el suscrito. ------------------------------------------------

= = = = = = = = = **YO, EL NOTARIO AUXILIAR, CERTIFICO Y DOY FE:** = = = = =

= = = = De que conozco a los comparecientes quienes a mi juicio tienen capacidad legal para contratar y obligarse sin constarme nada en contrario.- -------------

= = = = De que lo relacionado e inserto concuerda fielmente con lo manifestado por los comparecientes. ------------------------------------------------

= = = = De que tengo a la vista el documento que se protocolizó y que agrego al apéndice con el mismo número de este Instrumento.- --------------------

= = = = De que leí el presente instrumento y después de explicarles de su valor y fuerza legal a los comparecientes, manifestando su conformidad y lo ratifican y firman para constancia en mi unión en el mismo día y hora de su otorgamiento. Doy

COTEJADO

Lic. Reyes Izquierdo Saure
Notario Titular

Lic. Reyes Izquierdo Reyes
Notario Auxiliar

Notaría Pública 43
Matías Romero, Oaxaca México

LIC. REYES IZQUIERDO SAURE NOTARIA PUBLICA NUMERO CUARENTA Y TRES ESTADOS UNIDOS MEXICANOS MATIAS ROMERO, OAX.

LIC. REYES IZQUIERDO SAURE Notaría Pública No. 43 20 ENE. 2025 MATIAS ROMERO ESTADO DE OAXACA

-4-

fe. ----------------------------------------------------------------

= = = = UNA FIRMA ILEGIBLE - - - - RUBRICA - - - - UNA FIRMA ILEGIBLE - - - - RUBRICA - - - - LA FIRMA DEL NOTARIO AUXILIAR. - - - - RUBRICA.- - - - ANTE MI. ----------------------------------------------------------------

= = = = = = = = = = = = = = = = A U T O R I Z A C I O N: = = = = = = = = = = = = = =

= = = = Se autoriza definitivamente el presente instrumento en virtud de haber sido llenados los extremos de Ley y en su caso haber cubierto los derechos correspondientes a estas que son las dieciocho horas seis de la tarde del día de su otorgamiento. Doy. fe. ----------------------------------------

= = = = ES TESTIMONIO **PRIMERO** DE LA **PROTOCOLIZACION** DEL DOCUMENTO EXHIBIDO POR **SHANÍ MIZRAHI VILLARRUEL Y ALEJANDRO MAYORGA REA,** EN SU CARÁCTER DE DELEGADOS ESPECIALES DE **MEDIA DEPORTES MEXICO, S. DE R.L. DE C.V., (LA "SOCIEDAD");** SACADO DE SU MATRIZ Y QUE OBRA EN EL PROTOCOLO A MI CARGO, SE EXPIDE EN ESTAS **CUATRO** FOJAS UTILES DEBIDAMENTE COTEJADAS, CORREGIDAS Y SELLADAS PARA SER ENTREGADAS A LOS MISMOS, PARA LOS EFECTOS LEGALES QUE PROCEDAN. EN LA CIUDAD DE **MATIAS ROMERO, OAXACA**, A LOS **VEINTE** DIAS DEL MES DE **ENERO** DEL AÑO DOS MIL **VEINTICINCO**. DOY FE. ----------------------------------------

LIC. REYES IZQUIERDO SAURE NOTARIA PUBLICA NUMERO CUARENTA Y TRES ESTADOS UNIDOS MEXICANOS MATIAS ROMERO, OAX.

**LIC. Y NOT. AUX. REYES IZQUIERDO REYES**

IURR-7512078Z1

COTEJADO

Cotejado R.I.S.

= = = = = = = = = **L I B R O   D E C I M O   T E R C E R O** = = = = = = = = = =

= = = = = **ACTA NÚMERO 545 QUINIENTOS CUARENTA Y CINCO** = = = = =

= = = = En la ciudad de Matías Romero, Estado de Oaxaca, a día **VEINTE** del mes de **FEBRERO** del año **DOS MIL VEINTISÉIS**, Yo, Licenciado **REYES IZQUIERDO REYES, NOTARIO PÚBLICO AUXILIAR**, dependiente de la Notaría Pública Número Cuarenta y Tres, a cargo del Notario Titular Licenciado **REYES IZQUIERDO SAURE**, con residencia y en ejercicio de funciones en esta municipalidad, por este medio hago constar el **COTEJO Y CERTIFICACIÓN EN ACTA** del documento que en original me exhibe, a solicitud de **ALEJANDRO MAYORGA REA**, relativo al Instrumento número **15,253, QUINCE MIL DOSCIENTOS CINCUENTA Y TRES**, Volumen número **209, DOSCIENTOS NUEVE**, de fecha **VEINTE DE ENERO DEL DOS MIL VEINTICINCO**, pasado ante la fe del suscrito Notario Auxiliar, que contiene la protocolización del **ACTA DE ASAMBLEA GENERAL DE SOCIOS** de la sociedad denominada **"MEDIA DEPORTES MEXICO", S. DE R.L. DE C.V.**, documento que consta de **SIETE** fojas útiles, **SOLO** por el **ANVERSO**, mismas que tuve a la vista y que en el acto devuelvo al solicitante, agregándose copia al apéndice correspondiente marcada con la letra "A", para que obre como constancia. Con lo anterior se tiene la presente acta por **CERTIFICADA** por el suscrito con el número que le corresponde y que se agrega al libro correspondiente, de lo cual Yo, el Notario Auxiliar, certifico y doy fe. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LIC. Y NOT. AUX. REYES IZQUIERDO REYES.
IURR-7512078Z1