**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **FOX CORPORATION,** | § | |
| **FOX MEDIA LLC, and** | § | |
| **FOX SPORTS EN ESPAÑOL** | § | |
| **LLC,** | § | |
| ***Plaintiffs*** | § | **CAUSE NO. 4:25-MC-02271** |
| | § | |
| **v.** | § | |
| | § | |
| **MANUEL ARROYO,** | § | |
| ***Defendant.*** | § | |

# ORDER

Before the Court is Defendant's Motion for Reconsideration. Having considered the Motion, the response (if any), the record, and the applicable law, the Court finds the Motion should be **DENIED** as set forth below.

It is therefore **ORDERED** that this Court's prior orders at ECF No. 13 and ECF No. 48 remain in full force and effect.

SIGNED at Houston, Texas, this ____ day of __________, 2026.

_______________________________
Keith P. Ellison
United States District Judge