**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 4:25-MC-02271 |
| MANUEL ARROYO, | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION

Before the Court is Defendant Manuel Arroyo's Opposed Motion for Reconsideration [ECF No. 52] and Brief in Support [ECF No. 53], Plaintiffs' Response [ECF No. 60], and Defendant's Reply. Having considered the motion, the briefing, the record, and the applicable law, the Court finds the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court's Order of March 27, 2026 [ECF No. 13] is VACATED to the extent it grants Plaintiffs leave to conduct jurisdictional discovery and stays Plaintiffs' deadline to respond to Defendant's Motion to Void Judgment under Rule 60(b)(4) [ECF Nos. 2–3].

IT IS FURTHER ORDERED that the Court's Corrected Order of August 3, 2026 [ECF No. 48] is VACATED.

IT IS FURTHER ORDERED that Plaintiffs shall respond to Defendant's Motion to Void Judgment under Rule 60(b)(4) within ____ days of the date of this Order, and that the Court will resolve that motion before any further discovery is conducted in this action.

**ALTERNATIVELY, in the event the Court determines that some jurisdictional discovery is permissible:**

IT IS ORDERED that the jurisdictional discovery permitted by the Court's Orders [ECF Nos. 13, 48] is NARROWED to requests bearing on (i) the validity of service upon Defendant, (ii) Defendant's corporate role and tenure at Mexico Sports Distribution, LLC during the relevant period, and (iii) the adequacy of Mexico Sports Distribution, LLC's alleged representation of Defendant's interests in the underlying action. Requests exceeding that scope are STRICKEN.

IT IS FURTHER ORDERED that the spoliation discovery ordered by the Court's Corrected Order of August 3, 2026 [ECF No. 48] is VACATED for want of a threshold showing.

IT IS FURTHER ORDERED that Defendant has not waived his objections, including any objection asserting the attorney-client privilege or work-product protection, to Plaintiffs' jurisdictional and spoliation discovery.

IT IS FURTHER ORDERED that Defendant's production obligation is limited to documents within his possession, custody, or control.

SIGNED at Houston, Texas, this ______ day of ____________________, 2026.

________________________________
Keith P. Ellison
United States District Judge