**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 4:25-MC-02271 |
| MANUEL ARROYO, | ) | |
| Defendant. | ) | |

**ORDER DENYING PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION FOR RECONSIDERATION**

Before the Court is Plaintiffs' Motion to Strike Arroyo's Reply [ECF No. 65]. Having considered the Motion, the response, the record, and the applicable law, the Court finds the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Motion [ECF No. 65] is DENIED.

IT IS FURTHER ORDERED that Defendant's Reply [ECF No. 64] is deemed timely filed as of September 16, 2026, and will be considered in resolving Defendant's Opposed Motion for Reconsideration [ECF Nos. 52, 53].

SIGNED at Houston, Texas, this ______ day of ____________________, 2026.

______________________________
Keith P. Ellison
United States District Judge