# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC, *Plaintiffs*, | § § § § | CAUSE NO. 4:25-MC-02271 |
| v. | § § | |
| MANUEL ARROYO, *Defendant*. | § § | |

**[PROPOSED] PLAINTIFFS' SUPPLEMENTAL RESPONSE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION**

On October 26, 2026, the SDNY court imposed civil confinement on Manuel Arroyo for his contempt of the SDNY court's orders. A true and accurate copy of the SDNY court's civil confinement order accompanies this Supplemental Response as Exhibit B.

Plaintiffs have argued that the Court was justified in granting jurisdictional discovery into Manuel Arroyo's relationship with Mexico Sports Distribution ("MSD") because "Arroyo continued to direct MSD in the SDNY litigation to advance his own interests." *See, e.g.*, ECF No. 60 at 7. Plaintiffs have also argued that Arroyo engaged in bad faith conduct during the jurisdictional discovery process by presenting to the Court an unauthenticated and otherwise "untrustworthy, likely-falsified document" to the Court that purported to remove him as MSD's president before the SDNY Litigation began—which Arroyo has used an excuse for refusing to provide documents in response to jurisdictional discovery requests. *See, e.g.*, *id.*

The SDNY court's civil confinement order is relevant to denying Arroyo's Motion for Reconsideration because in that order the SDNY found that (1) Arroyo directed MSD's order-violating conduct well after January 1, 2025 (including through March 2026) and (2) Arroyo personally engaged in the same document-fabricating conduct before the SDNY that Plaintiffs have accused Arroyo of engaging in before this Court. Specifically, the SDNY court found that "crucially, the Court concludes that Arroyo was personally involved in directing the foregoing attempts to defy the Court's orders," which included "[b]etween September 19, 2025, and March 31, 2026, MSD ma[king] over 100 transfers out of its account totaling over $12 million . . . . in violation of the Court's asset freeze order" and "MSD attempt[ing] to back-date a draft agreement with a third party to make it appear the document had been signed prior to the Court's September 2025 asset freeze order." SDNY Litigation ECF No. 297 at 5. These findings by the SDNY court reinforce precisely what Plaintiffs have contended before this Court: (1) that Arroyo personally directed MSD's conduct throughout the SDNY Litigation and (2) that Arroyo has engaged in fabricating documents to advance his litigation position in the United States, including in this case. *See, e.g.,* ECF No. 60 at 7. The SDNY court's findings underscore that Plaintiffs contentions about Arroyo's control of MSD and bad-faith conduct in the jurisdictional discovery process are well founded—and now recognized by a sister federal court. Arroyo's control over MSD, and what he directed MSD to do using that control, is precisely what led the SDNY court to impose the harshest sanction available against an individual civil litigant.

Plaintiffs respectfully request the Court consider the SDNY's ruling and the basis for it as it considers Defendant's Motion for Reconsideration.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Marcus R, Tucker*
Marcus R. Tucker
Federal Bar No. 12769
State Bar No. 20282360
1001 Fannin, Suite 2200
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marcus.tucker@phelps.com

**ATTORNEYS FOR PLAINTIFFS**

**OF COUNSEL**:

**PHELPS DUNBAR LLP**

D. Michael Hurst Jr.**
MS Bar No. 99990
1905 Community Bank Way, Ste. 200
Flowood, MS 39232
Telephone: 601-352-2300
Email: mike.hurst@phelps.com
***Admitted Pro Hac Vice*

**STEPTOE LLP**
Katherine A. Petti**
CA Bar No. 339052
kpetti@steptoe.com
Christopher T. Berg
Bar No. 24082682
cberg@steptoe.com
633 West Fifth Street, Ste. 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
***Admitted Pro Hac Vice*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that counsel for Plaintiffs has communicated with counsel for Defendant, Steven R. Shaver, and counsel for Defendant is opposed to the relief sought in this Motion.

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of November, 2026, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system which will send electronic notice of such filing to all counsel of record.

*/s/ Marcus R. Tucker*
Of Phelps Dunbar LLP